No response

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AMERICAN CASUALTY COMPANY OF
READING,

        Plaintiff,

vs.

NICHOLAS A. MASTROIANNI and
CHRISTINE MASTROIANNI,

        Defendants

Case No.: 02-297ML

RECEIVED FEB 04 2003
Property of U.S. District Court
District of Rhode Island

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, plaintiff American Casualty Company Of Reading ("ACCO") hereby moves for entry of default judgment in the amount of $1,089,972.68. The facts upon which this motion are based are sworn to in the accompanying Declaration of Steven J. Hirsh.

Dated: Providence, Rhode Island
       February 3, 2003

By: _____
Richard R. Beretta, Jr. (#4313)
Geoffrey W. Millsom (#6483)
ADLER POLLOCK & SHEEHAN P.C.
2300 Financial Plaza
Providence, RI 02903-2443
Tel: (401) 274-7200
Fax: (401) 751-0604

Attorneys for American Casualty
Company of Reading

Granted. Mary M. Lisi
USDJ 2/25/03