# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**AMERICAN CASUALTY COMPANY**
**OF READING**

v.                                                        C.A. No. 02-297ML

**NICHOLAS A. MASTROIANNI and**
**CHRISTINE MASTROIANNI**

## JUDGMENT

[ ] *Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.*

[x] *Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.*

*IT IS ORDERED AND ADJUDGED:*

Judgment is hereby entered for plaintiff against the defendants in the amount of $1,089,972.68 pursuant to the Order of this date GRANTING the plaintiff's Motion for Entry of Default Judgment.

Enter:

*Barbara Barletta*
Deputy Clerk

DATED: February 26, 2003