# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND
## CASE NO. 0:02-297ML

**FILED**

2013 DEC -6 P 3: 41

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

AMERICAN CASUALTY COMPANY OF READING,

    Plaintiffs,

v.

NICHOLAS A. MASTROIANNI, *et al.*,

    Defendant.

_____/

## SATISFACTION OF JUDGMENT

**KNOW ALL MEN BY THESE PRESENTS:** AMERICAN CASUALTY COMPANY OF READING PENNSYLVANIA, Plaintiff in the above-styled cause, by and through undersigned counsel, hereby acknowledge that Defendants, NICHOLAS A. MASTROIANNI and CHRISTINE MASTROIANNI have satisfied the Judgment entered against them on February 26, 2003, which shall be deemed satisfied hereby and cancelled of record.

_____
Witness (signature)

_____
Witness (print name)
Donna A. Kitchens

AMERICAN CASUALTY COMPANY OF
READING PENNSYLVANIA

_____
By: Counsel for American Casualty Company of Reading

## SATISFACTION OF JUDGMENT
CASE NO. 02-297ML

STATE OF ~~RHODE ISLAND~~ Illinois ) 
                                          ) ss.
COUNTY OF Cook             )

The foregoing instrument was acknowledged before me this 5 day of December, 2013, by Cathleen M. Jareczek, who is personally known to me.

                                               *Nancy L. Stangel*
                                               Notary Public, State of ~~Rhode Island~~

My Commission Expires: 6-29-15      Commission No: Illinois

5336229-3

                         OFFICIAL SEAL
                         NANCY L STANGEL
                NOTARY PUBLIC - STATE OF ILLINOIS
                MY COMMISSION EXPIRES:06/29/15